OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.26⁵
MAR 26 2015

3/25/2015

NORRIS, ANGEL RENEE    Tr. Ct. No. C-1-009909-1157231-B    WR-78,501-02

The Court has dismissed your application for writ of habeas corpus without written order, the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

RTS

Abel Acosta, Clerk

ANGEL RENEE NORRIS
EAST TEXAS TREATMENT FACILITY - TDC #
1808749
900 INDUSTRIAL DRIVE
HENDERSON, TX  75652

IAVRS3B   75652